1  HARVEY P. SACKETT (72488)

2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.

3  1055 Lincoln Avenue
   Post Office Box 5025
4  San Jose, California 95150-5025
   Telephone: (408) 295-7755
5  Facsimile:  (408) 295-7444

6

7  Attorney for Plaintiff

8  /jgl

9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

14

15  NADINE JACKSON-YOUNG,          )   Case No:  3:12-cv-01921-RS
                                   )
16         Plaintiff,              )
                                   )
17  v.                             )   STIPULATION AND ORDER
                                   )
18  MICHAEL J. ASTRUE,             )
    Commissioner,                  )
19  Social Security Administration,)
                                   )
20         Defendant.              )
                                   )
21  _____ )

22

23         Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff

24  shall have a first extension of time of (60) days up through and including Wednesday, December

25  26, 2012 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by

26  the number of cases (6) the firm presently has pending before this and other district courts that

27  require briefing.

28

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: October 22, 2012 | /s/<br>LYNN M. HARADA<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: October 22, 2012 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>NADINE JACKSON-YOUNG |

IT IS SO ORDERED.

Dated: 10/23/12

HON. RICHARD SEEBORG
United States District Judge