| | |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612 |
| | United States Attorney |
| 2 | GRACE M. KIM, SBN IL 6203390 |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | LYNN M. HARADA, CSBN 267616 |
| 4 | Special Assistant United States Attorney |

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JACKSON-YOUNG, | CIVIL NO.: 3:12-cv-01921-RS |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |
| MICHAEL J. ASTRUE, | |
| Commissioner of | |
| Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment.  The current due date for Defendant's response is January 16, 2013.  The new due date will be February 15, 2013.  Defendant needs the additional time to further review the file and prepare a response in this matter.

///

///

///

///

///

Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

Respectfully submitted,

Dated: January 16, 2013

/s/ *Harvey P. Sackett*
(As authorized via e-mail on 1/16/13)
HARVEY P. SACKETT
Attorney for Plaintiff

Dated: January 16, 2013

MELINDA L. HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/22/13

THE HONORABLE RICHARD SEEBORG
United States District Judge

Stip. & Prop. Order for Ext.; 3:12-cv-01921-RS        2