1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  GRACE M. KIM, SBN IL 6203390
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8977
       Facsimile: (415) 744-0134
7      E-Mail: Lynn.Harada@ssa.gov

8  Attorneys for Defendant

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 NADINE JACKSON-YOUNG,              )    CIVIL NO.: 3:12-cv-01921-RS
                                      )
13        Plaintiff,                  )
                                      )    STIPULATION AND ~~PROPOSED~~ ORDER
14        v.                          )    FOR AN EXTENSION OF TIME
                                      )
15 MICHAEL J. ASTRUE,                 )
   Commissioner of                    )
16 Social Security,                   )
                                      )
17        Defendant.                  )
   _____)

18

19     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

20 record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for

21 Summary Judgment. The current due date for Defendant's response is January 16, 2013. The new due

22 date will be February 15, 2013. Defendant needs the additional time to further review the file and

23 prepare a response in this matter.

24 ///

25 ///

26 ///

27 ///

28 ///

Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

Respectfully submitted,

Dated: January 16, 2013        /s/ *Harvey P. Sackett*
                               (As authorized via e-mail on 1/16/13)
                               HARVEY P. SACKETT
                               Attorney for Plaintiff

Dated: January 16, 2013        MELINDA L. HAAG
                               United States Attorney
                               GRACE M. KIM
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                      By:      /s/ *Lynn M. Harada*
                               LYNN M. HARADA
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/22/13                 _____
                               THE HONORABLE RICHARD SEEBORG
                               United States District Judge