IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NADINE JACKSON-YOUNG | No. CV 12-01921 RS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

Pursuant to the order issued this date granting plaintiff's motion for summary judgment and denying defendant's cross motion, judgment is entered in favor of plaintiff Nadine Jackson-Young and against the Commissioner of the Social Security Administration.  The Clerk shall close this case and remand it to the Commissioner of Social Security, who shall assume jurisdiction to determine whether Jackson-Young is disabled for purposes of receiving Social Security benefits.

IT IS SO ORDERED.

DATED: 4/21/14

_____
RICHARD SEEBORG
United States District Judge